UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ADRIAN WONG,<br><br>        Defendant. | No. CR-03-2218-EFS<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION FOR ORDER DISMISSING WITHOUT PREJUDICE** |

Before the Court is the Government's Motion for Order Dismissing Without Prejudice (Ct. Rec. 9). Leave of Court is given to dismiss the Superseding Indictment (Ct. Rec. 7); however, the Court makes no judgment as to the merit or wisdom of this dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1.   Government's Motion for Order Dismissing Without Prejudice **(Ct. Rec. 9)** is **GRANTED**.

    2.   The Superseding Indictment **(Ct. Rec. 7)** shall be **DISMISSED WITHOUT PREJUDICE.**

    3.   All pending motions are **DENIED AS MOOT.**

///

///

///

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the United States Probation Office, and the U.S. Marshal's Office.

DATED this ___29th___ day of June 2007.

                       s/ Edward F. Shea
                            EDWARD F. SHEA
                     United States District Judge

Q:\Criminal\2003\2218.dismiss.48a.frm

ORDER - 2